In the Matter of the Second Intermediate Judicial Settlement of the Accounts of EDWIN J. HILDRETH and MERTON TYNDALL, as Trustees under the Last Will and Testament of MARY F. HEDGES, Deceased, Petitioners, Respondents, and the Application for a Determination as to the Validity, Construction or Effect of the Disposition of Property Contained in Said Last Will and Testament. WILLIAM F. HEDGES, Appellant; EASTERN LONG ISLAND HOSPITAL ASSOCIATION and AMERICAN FEMALE GUARDIAN SOCIETY AND HOME FOR THE FRIENDLESS, Respondents.— Appeal from decree of the Surrogate's Court of Suffolk county in so far as it denied the appellant Hedges the right under the factual showing herein made to invade the principal of the trust fund for his care and support under paragraph eighth of the decedent's will. Decree unanimously affirmed, with costs to the respondents, payable out of the estate. Appeals from decisions of the surrogate of Suffolk county construing the will of Mary F. Hedges, deceased, dismissed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of Supplementary Proceedings: PINCUS HERSCHKOWITZ, Respondent, v. DAVID W. KEEN, Judgment Debtor. MIRIAM N. KEEN, Appellant.— The appellant, subpœnaed to appear as a third party in supplementary proceedings, moved to vacate the subpœna on the ground that the judgment on which said proceedings were based had been discharged in bankruptcy. The motion was denied. An examination of the record on appeal in the action, submitted by stipulation on this appeal, furnishes conclusive evidence that the judgment was one rendered against the defendant in an action to recover damages for false and fraudulent representations in the sale of a mortgage. Order affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

In the Matter of the Application of WELLMADE CONSTRUCTION CO., INC., Appellant, to Discharge a Mechanic's Lien Filed against Real Property by JOHN O'ROURKE, Respondent.— In a proceeding brought by petitioner, an owner of real property, for an order in pursuance of Lien Law, section 19, subdivision 6, discharging a notice of mechanic's lien filed by the subcontractor lienor upon the ground that the notice was invalid on its face, order denying petitioner's application for such discharge affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.

SOFIE KRISTANSEN, as Administratrix, etc., of ALF KRISTANSEN, Deceased, Appellant, v. OTTO STEINFELDT, Defendant, and MARINE BASIN COMPANY, Respondent.— Order dismissing, as to defendant Marine Basin Company, the second and third causes of action alleged in the amended complaint, and the judgment entered on the order, reversed on the law, with ten dollars costs and disbursements, and motion to dismiss denied, without costs, with leave to said defendant to serve an answer within ten days from the entry of the order hereon. (Colbert v. Steinfeldt, 255 App. Div. 790; Elliott v. Steinfeldt, 254 id. 739; motion for leave to appeal to the Court of Appeals denied, Id. 769.) Lazansky, P. J., Hagarty, Davis, Adel and Taylor, JJ., concur.